

# Ntirety Service Order Form

Version 5.5

Ntirety, Inc.
2901 Via Fortuna, Suite 175
Austin, TX 78746



**Exhibit 1**



| Master Services Agreement | |
|---|---|

# SERVICE ORDER FORM

This Service Order Form ("SOF"), including any attachments hereto, is part of and governed by the Master Services Agreement ("MSA") identified by its Effective Date above as agreed upon by and between Ntirety, Inc., a Delaware corporation, with its principal place of business at 2901 Via Fortuna, Suite 175, Austin, Texas 78746 ("Ntirety"), and the individual or entity named below ("Client"). If no Effective Date is entered above, then this SOF will be governed by Ntirety's current online Master Services Agreement available at https://www.ntirety.com/master-services-agreement-msa/ as of the date of Client's signature below. Ntirety and Client may be referred to individually as a "Party" and collectively as the "Parties" in this SOF. Capitalized terms used, but not otherwise defined in this SOF, will have the meanings set forth in the MSA.

| Client | |
|---|---|
| Company name | ISG Value |
| Principle Place of Business | 55 Ferncroft Rd Danvers MA 01923 US |
| Contact Person | |
| Contact Email | |

The Parties' rights and obligations with respect to the Services below are set forth in the MSA. This SOF will bind Ntirety and Client as of the SOF Start Date. Client's right to use the Services will begin on the SOF Availability Date and will continue for the SOF Initial Term in accordance with the summary table below. Ntirety will use the period between the SOF Start Date and the SOF Availability Date to set up and implement the Services based on the specifications set forth herein this SOF ("SOF Implementation Period"). During the SOF Implementation Period, Ntirety may require certain information, credentials, or approvals to be provided by Client, and if Client does not provide such information, credentials, or approvals in a timely manner, Ntirety reserves the right to modify the SOF Availability Date accordingly.

Ntirety will invoice Client for Setup Fees promptly following the execution of this SOF, and Client's payment of such Setup Fees will be due prior to the SOF Availability Date. Monthly recurring Service Fees will commence, be invoiced, and be payable as set forth in the MSA. This SOF does not include any local, state/provincial, or federal sales taxes. If applicable to Client, Client will be responsible for all such taxes associated with the purchase of the Services under this SOF in addition to the Service Fees set forth herein.

At the end of the SOF Initial Term, this SOF will automatically renew for successive Renewal Terms per the as set forth below unless terminated earlier in accordance with the termination provisions of the MSA or as otherwise set forth in this SOF.

## SOF Term Summary

| Term | Date |
|---|---|
| SOF Start Date | Upon Client signature below |
| SOF Initial Term | 36 - months |
| SOF Renewal Term | Per MSA or as set forth below |

**Exhibit 1**



## Component Summary

### 226532-1  Windows Cloud Enterprise VM - ISGDB– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Windows Cloud Enterprise VM - ISGDB | Cloud - 8 vCPU | $0.00 | $160.00 |
| Windows Cloud Enterprise VM - ISGDB | Cloud Enterprise Storage - Hybrid Magnetic Storage - 1,450 GB | $0.00 | $217.50 |
| Windows Cloud Enterprise VM - ISGDB | Cloud - Windows 2012 Datacenter 64bit | $0.00 | $170.00 |
| Windows Cloud Enterprise VM - ISGDB | Cloud - RAM 032 GB | $0.00 | $224.00 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.00 |
| Microsoft Remote Desktop Services | Microsoft Remote Desktop Services - 2 License | $0.00 | $20.00 |
| Data Backup Per GB | Data Protection - Data Backup Per GB - 1,450 GB | $0.00 | $101.50 |
| Symantec Endpoint | Windows Malware Protection - Symantec Endpoint | $0.00 | $5.00 |
| Basic - Managed Patching | Managed Patching - Basic | $0.00 | $20.00 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
| | **Total:** | **$0.00** | **$933.00** |

### 226532-10  IP Address Management– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| IP Address Management | IP Address Management - IP Addresses 8 (/29) | $0.00 | $44.94 |
| | **Total:** | **$0.00** | **$44.94** |

### 226532-15  Enterprise Cloud Backup– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Enterprise Cloud Backup | Enterprise Backup - 14 day retention - Capacity in GB - 28,000  GB | $0.00 | $4,410.00 |
| Enterprise Cloud Backup | Remote Destination - Dallas Backup Destination | $0.00 | $0.00 |
| | **Total:** | **$0.00** | **$4,410.00** |

### 226532-21  IP Address Management– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| IP Address Management | IP Address Management - IP Addresses 8 (/29) | $0.00 | $44.94 |
| | **Total:** | **$0.00** | **$44.94** |

Exhibit 1



## 226532-28  Managed Firewall– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Managed Firewall | Managed Firewall - Juniper SRX 345 | $0.00 | $315.00 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.75 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
| Juniper SRX Dial-Up VPN License (per 5 concurrent users) | Juniper SRX Dial-Up VPN License (per 5 concurrent users) - 8 | $0.00 | $126.00 |
| | **Total:** | **$0.00** | **$456.75** |

## 226532-3  IP Address Management– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| IP Address Management | IP Address Management - IP Addresses 8 (/29) | $0.00 | $44.94 |
| | **Total:** | **$0.00** | **$44.94** |

## 226532-30  Managed Firewall– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Managed Firewall | Managed Firewall - Juniper SRX 345 | $0.00 | $315.00 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.75 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
| Juniper SRX Dial-Up VPN License (per 5 concurrent users) | Juniper SRX Dial-Up VPN License (per 5 concurrent users) - 8 | $0.00 | $126.00 |
| | **Total:** | **$0.00** | **$456.75** |

## 226532-31  Private IP Address Management– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Private IP Address Management | Private IP Address Management - IP Addresses 256 (/24) | $0.00 | $0.00 |
| | **Total:** | **$0.00** | **$0.00** |

## 226532-36  Linux Cloud Enterprise VM - OpenVPN– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Linux Cloud Enterprise VM - OpenVPN | Cloud - 1 vCPU | $0.00 | $20.00 |

**Exhibit 1**



| | | | |
|---|---|---|---|
| Linux Cloud Enterprise VM - OpenVPN | Cloud Enterprise Storage - Hybrid Magnetic Storage - 40 GB | $0.00 | $6.00 |
| Linux Cloud Enterprise VM - OpenVPN | Cloud - RAM 002 GB | $0.00 | $14.00 |
| Linux Cloud Enterprise VM - OpenVPN | Linux CentOS 7 | $0.00 | $0.00 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.00 |
| Basic - Managed Patching | Managed Patching - Basic | $0.00 | $20.00 |
| Data Backup Per GB | Data Protection - Data Backup Per GB - 40 GB | $0.00 | $2.80 |
| | **Total:** | **$0.00** | **$77.80** |

## 226532-38  IP Address Management– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| IP Address Management | IP Address Management - IP Addresses 8 (/29) | $0.00 | $44.94 |
| | **Total:** | **$0.00** | **$44.94** |

## 226532-4  Account Bandwidth - 95th Percentile Transit– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Account Bandwidth - 95th Percentile Transit | Account Bandwidth - 95th Percentile Transit - 150 Mbps | $0.00 | $600.00 |
| | **Total:** | **$0.00** | **$600.00** |

## 226532-41  IP Address Management– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| IP Address Management | IP Address Management - IP Addresses 16 (/28) | $0.00 | $89.88 |
| | **Total:** | **$0.00** | **$89.88** |

## 226532-42  Managed Firewall - DR Site– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Managed Firewall - DR Site | Managed Firewall - Juniper SRX 345 | $0.00 | $315.00 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
| Juniper SRX Dial-Up VPN License (per 5 concurrent users) | Juniper SRX Dial-Up VPN License (per 5 concurrent users) - 8 | $0.00 | $126.00 |
| | **Total:** | **$0.00** | **$441.00** |

**Exhibit 1**

## 226532-43  Unified Cloud - Disaster Recovery– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Unified Cloud - Disaster Recovery | Disaster Recovery Primary Location - Cloud Enterprise | $0.00 | $0.00 |
| Unified Cloud - Disaster Recovery | Unified Cloud - Multi-Tenant Disaster Recovery - Advanced Service Level - 20 VMs | $0.00 | $1,953.00 |
| Unified Cloud - Disaster Recovery | Cloud Enterprise Storage - Hybrid Magnetic Storage - 37,954 GB | $0.00 | $6,176.90 |
| Unified Cloud - Disaster Recovery | Disaster Recovery Failover Location - Cloud Enterprise | $0.00 | $0.00 |
| Unified Cloud - Disaster Recovery | *Charge if failover is more than 5 days - $10.00 per VM per day | $0.00 | $0.00 |
| | **Total:** | **$0.00** | **$8,129.90** |

## 226532-44  Windows Cloud Enterprise VM - AD - DR Site– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Windows Cloud Enterprise VM - AD - DR Site | Cloud - Windows 2012 Datacenter 64bit | $0.00 | $170.00 |
| Windows Cloud Enterprise VM - AD - DR Site | Cloud - RAM 006 GB | $0.00 | $42.00 |
| Windows Cloud Enterprise VM - AD - DR Site | Cloud - 2 vCPU | $0.00 | $40.00 |
| Windows Cloud Enterprise VM - AD - DR Site | Cloud Enterprise Storage - Hybrid Magnetic Storage - 80 GB | $0.00 | $12.00 |
| Basic - Managed Patching | Managed Patching - Basic | $0.00 | $20.00 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
| Data Backup Per GB | Data Protection - Data Backup Per GB - 80 GB | $0.00 | $5.60 |
| Symantec Endpoint | Windows Malware Protection - Symantec Endpoint | $0.00 | $5.00 |
| Microsoft Active Directory Services | Microsoft Active Directory Services | $0.00 | $0.00 |
| | **Total:** | **$0.00** | **$294.60** |

## 226532-47  Windows Cloud Enterprise VM - Video Automation Server– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Windows Cloud Enterprise VM - Video Automation Server | Cloud - Windows 2012 Datacenter 64bit | $0.00 | $170.00 |
| Windows Cloud Enterprise VM - Video Automation Server | Cloud - RAM 016 GB | $0.00 | $112.00 |
| Windows Cloud Enterprise VM - Video Automation Server | Cloud - 8 vCPU | $0.00 | $160.00 |

**Exhibit 1**

**Ntirety**

| Windows Cloud Enterprise VM - Video Automation Server | Cloud Enterprise Storage - Hybrid Magnetic Storage - 380 GB | $0.00 | $57.00 |
|---|---|---|---|
| Select - Managed Patching | Managed Patching - Select | $0.00 | $35.00 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.00 |
| Data Backup Per GB | Data Protection - Data Backup Per GB - 380 GB | $0.00 | $26.60 |
| Symantec Endpoint | Windows Malware Protection - Symantec Endpoint | $0.00 | $5.00 |
| NAS Connectivity | NAS Connectivity | $0.00 | $25.00 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
| | **Total:** | **$0.00** | **$605.60** |

## 226532-48  Windows Cloud Enterprise VM - ISGSelfServiceIIS– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Windows Cloud Enterprise VM - ISGSelfServiceIIS | Cloud - Windows 2019 Datacenter 64bit | $0.00 | $170.00 |
| Windows Cloud Enterprise VM - ISGSelfServiceIIS | Cloud - RAM 016 GB | $0.00 | $112.00 |
| Windows Cloud Enterprise VM - ISGSelfServiceIIS | Cloud - 6 vCPU | $0.00 | $120.00 |
| Windows Cloud Enterprise VM - ISGSelfServiceIIS | Cloud Enterprise Storage - Hybrid Magnetic Storage - 200 GB | $0.00 | $30.00 |
| Microsoft .NET Framework 4.5 | Microsoft .NET Framework 4.5 | $0.00 | $0.00 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.00 |
| Data Backup Per GB | Data Protection - Data Backup Per GB - 200 GB | $0.00 | $14.00 |
| Symantec Endpoint | Windows Malware Protection - Symantec Endpoint | $0.00 | $5.00 |
| Select - Managed Patching | Managed Patching - Select | $0.00 | $35.00 |
| | **Total:** | **$0.00** | **$501.00** |

## 226532-49  Windows Cloud Enterprise VM - SFTP Server– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Windows Cloud Enterprise VM - SFTP Server | Cloud - Windows 2019 Datacenter 64bit | $0.00 | $170.00 |
| Windows Cloud Enterprise VM - SFTP Server | Cloud - RAM 008 GB | $0.00 | $56.00 |
| Windows Cloud Enterprise VM - SFTP Server | Cloud - 4 vCPU | $0.00 | $80.00 |
| Windows Cloud Enterprise VM - SFTP Server | Cloud Enterprise Storage - Hybrid Magnetic Storage - 200 GB | $0.00 | $30.00 |
| Select - Managed Patching | Managed Patching - Select | $0.00 | $35.00 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.00 |
| Data Backup Per GB | Data Protection - Data Backup Per GB - 200 GB | $0.00 | $14.00 |
| Symantec Endpoint | Windows Malware Protection - Symantec Endpoint | $0.00 | $5.00 |
| FTP Software | FileZilla Server | $0.00 | $0.00 |

**Exhibit 1**



| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
|---|---|---|---|
| | **Total:** | **$0.00** | **$405.00** |

## 226532-5  Windows Cloud Enterprise VM - ISG-DC– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Windows Cloud Enterprise VM - ISG-DC | Cloud - Windows 2012 Datacenter 64bit | $0.00 | $170.00 |
| Windows Cloud Enterprise VM - ISG-DC | Cloud - RAM 006 GB | $0.00 | $42.00 |
| Windows Cloud Enterprise VM - ISG-DC | Cloud - 2 vCPU | $0.00 | $40.00 |
| Windows Cloud Enterprise VM - ISG-DC | Cloud Enterprise Storage - Hybrid Magnetic Storage - 80 GB | $0.00 | $12.00 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
| Microsoft Active Directory Services | Microsoft Active Directory Services | $0.00 | $0.00 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.00 |
| Data Backup Per GB | Data Protection - Data Backup Per GB - 80 GB | $0.00 | $5.60 |
| Symantec Endpoint | Windows Malware Protection - Symantec Endpoint | $0.00 | $5.00 |
| NAS Connectivity | NAS Connectivity | $0.00 | $25.00 |
| Select - Managed Patching | Managed Patching - Select | $0.00 | $35.00 |
| | **Total:** | **$0.00** | **$349.60** |

## 226532-50  Windows Cloud Enterprise VM– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Windows Cloud Enterprise VM | Cloud - Windows 2019 Datacenter 64bit | $0.00 | $170.00 |
| Windows Cloud Enterprise VM | Cloud - RAM 032 GB | $0.00 | $224.00 |
| Windows Cloud Enterprise VM | Cloud - 8 vCPU | $0.00 | $160.00 |
| Windows Cloud Enterprise VM | Cloud Enterprise Storage - SSD Storage - 600 GB | $0.00 | $240.00 |
| SQL 2019 Enterprise | Windows Database Server Software - SQL 2019 Enterprise - 4 | $0.00 | $3,432.00 |
| Backup Agent - MS SQL | Backup Agent - MS SQL | $0.00 | $15.00 |
| Select - Managed Patching | Managed Patching - Select | $0.00 | $35.00 |
| Backup Agent - File System | Backup Agent - File System | $0.00 | $15.00 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.00 |
| Enterprise Backups | Enterprise Backup - 14 day retention - Capacity in GB - 600  GB | $0.00 | $90.00 |
| Enterprise Backups | Enterprise Backup - Local Backup | $0.00 | $0.00 |
| Symantec Endpoint | Windows Malware Protection - Symantec Endpoint | $0.00 | $5.00 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
| | **Total:** | **$0.00** | **$4,401.00** |

**Exhibit 1**



### 226532-51  Windows Cloud Enterprise VM - EDIServer– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Windows Cloud Enterprise VM - EDIServer | Cloud - 4 vCPU | $0.00 | $80.00 |
| Windows Cloud Enterprise VM - EDIServer | Cloud Enterprise Storage - Hybrid Magnetic Storage - 150 GB | $0.00 | $22.50 |
| Windows Cloud Enterprise VM - EDIServer | Cloud - Windows 2019 Datacenter 64bit | $0.00 | $170.00 |
| Windows Cloud Enterprise VM - EDIServer | Cloud - RAM 008 GB | $0.00 | $56.00 |
| Data Backup Per GB | Data Protection - Data Backup Per GB - 150 GB | $0.00 | $10.50 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.00 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
| Select - Managed Patching | Managed Patching - Select | $0.00 | $35.00 |
| Microsoft .NET Framework 4.5 | Microsoft .NET Framework 4.5 | $0.00 | $0.00 |
| Symantec Endpoint | Windows Malware Protection - Symantec Endpoint | $0.00 | $5.00 |
| | Total: | $0.00 | $394.00 |

### 226532-55  IP Address Management– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| IP Address Management | IP Address Management - IP Addresses 8 (/29) | $0.00 | $44.94 |
| | Total: | $0.00 | $44.94 |

### 226532-56  Windows Cloud Enterprise VM - PRODAPIGWY1– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Windows Cloud Enterprise VM - PRODAPIGWY1 | Cloud - Windows 2019 Datacenter 64bit | $0.00 | $170.00 |
| Windows Cloud Enterprise VM - PRODAPIGWY1 | Cloud - RAM 012 GB | $0.00 | $84.00 |
| Windows Cloud Enterprise VM - PRODAPIGWY1 | Cloud - 2 vCPU | $0.00 | $40.00 |
| Windows Cloud Enterprise VM - PRODAPIGWY1 | Cloud Enterprise Storage - SSD Storage - 100 GB | $0.00 | $40.00 |
| Backup Agent - File System | Backup Agent - File System | $0.00 | $15.00 |
| Select - Managed Patching | Managed Patching - Select | $0.00 | $35.00 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.00 |
| Enterprise Backups | Enterprise Backup - 14 day retention - Capacity in GB - 100  GB | $0.00 | $15.00 |
| Enterprise Backups | Enterprise Backup - Local Backup | $0.00 | $0.00 |

**Exhibit 1**



| | | | |
|---|---|---|---|
| Symantec Endpoint | Windows Malware Protection - Symantec Endpoint | $0.00 | $5.00 |
| | **Total:** | **$0.00** | **$419.00** |

## 226532-60  Windows Cloud Enterprise VM - DEVAPIGWY1– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Windows Cloud Enterprise VM - DEVAPIGWY1 | Cloud - 2 vCPU | $0.00 | $40.00 |
| Windows Cloud Enterprise VM - DEVAPIGWY1 | Cloud - RAM 008 GB | $0.00 | $56.00 |
| Windows Cloud Enterprise VM - DEVAPIGWY1 | Cloud - Windows 2019 Datacenter 64bit | $0.00 | $170.00 |
| Windows Cloud Enterprise VM - DEVAPIGWY1 | Cloud Enterprise Storage - SSD Storage - 100 GB | $0.00 | $40.00 |
| Symantec Endpoint | Windows Malware Protection - Symantec Endpoint | $0.00 | $5.00 |
| Enterprise Backups | Enterprise Backup - Local Backup | $0.00 | $0.00 |
| Enterprise Backups | Enterprise Backup - 14 day retention - Capacity in GB - 100  GB | $0.00 | $15.00 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.00 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
| Basic - Managed Patching | Managed Patching - Basic | $0.00 | $20.00 |
| Backup Agent - File System | Backup Agent - File System | $0.00 | $15.00 |
| | **Total:** | **$0.00** | **$376.00** |

## 226532-61  Windows Cloud Enterprise VM - TESTAPIGWY1– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Windows Cloud Enterprise VM - TESTAPIGWY1 | Cloud - 2 vCPU | $0.00 | $40.00 |
| Windows Cloud Enterprise VM - TESTAPIGWY1 | Cloud - Windows 2019 Datacenter 64bit | $0.00 | $170.00 |
| Windows Cloud Enterprise VM - TESTAPIGWY1 | Cloud Enterprise Storage - SSD Storage - 100 GB | $0.00 | $40.00 |
| Windows Cloud Enterprise VM - TESTAPIGWY1 | Cloud - RAM 008 GB | $0.00 | $56.00 |
| Enterprise Backups | Enterprise Backup - 14 day retention - Capacity in GB - 100  GB | $0.00 | $15.00 |
| Backup Agent - File System | Backup Agent - File System | $0.00 | $15.00 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.00 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
| Basic - Managed Patching | Managed Patching - Basic | $0.00 | $20.00 |
| Microsoft Remote Desktop Services | Microsoft Remote Desktop Services - 1 License | $0.00 | $10.00 |
| Symantec Endpoint | Windows Malware Protection - Symantec Endpoint | $0.00 | $5.00 |
| Enterprise Backups | Enterprise Backup - Local Backup | $0.00 | $0.00 |
| | **Total:** | **$0.00** | **$386.00** |

**Exhibit 1**



## 226532-62  Windows Cloud Enterprise VM - ADSelfService– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Windows Cloud Enterprise VM - ADSelfService | Cloud Enterprise Storage - SSD Storage - 100 GB | $0.00 | $40.00 |
| Windows Cloud Enterprise VM - ADSelfService | Cloud - Windows 2019 Datacenter 64bit | $0.00 | $170.00 |
| Windows Cloud Enterprise VM - ADSelfService | Cloud - RAM 016 GB | $0.00 | $112.00 |
| Windows Cloud Enterprise VM - ADSelfService | Cloud - 6 vCPU | $0.00 | $120.00 |
| Backup Agent - File System | Backup Agent - File System | $0.00 | $15.00 |
| Select - Managed Patching | Managed Patching - Select | $0.00 | $35.00 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.00 |
| Enterprise Backups | Enterprise Backup - 14 day retention - Capacity in GB - 100  GB | $0.00 | $15.00 |
| Enterprise Backups | Enterprise Backup - Local Backup | $0.00 | $0.00 |
| Symantec Endpoint | Windows Malware Protection - Symantec Endpoint | $0.00 | $5.00 |
| | Total: | $0.00 | $527.00 |

## 226532-68  Unified Cloud - Database Management– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Unified Cloud - Database Management | Cloud Ntrust Appliance | $0.00 | $325.50 |
| Database Management - Premier Level - IaaS - 1 | Database Management - Unified Cloud - IaaS Database Management - Premier Level - 1 Instances | $0.00 | $813.75 |
| | Total: | $0.00 | $1,139.25 |

## 226532-71  Linux - PRODAPOLLOWEB– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Linux - PRODAPOLLOWEB | Cloud - RAM 032 GB | $0.00 | $224.00 |
| Linux - PRODAPOLLOWEB | Linux CentOS 7 | $0.00 | $0.00 |
| Linux - PRODAPOLLOWEB | ICB - Cloud - 16 vCPU | $0.00 | $320.00 |
| Linux - PRODAPOLLOWEB | Cloud Enterprise Storage - SSD Storage - 100 GB | $0.00 | $40.00 |
| Enterprise Backups | Enterprise Backup - Local Backup | $0.00 | $0.00 |
| Enterprise Backups | Enterprise Backup - 14 day retention - Capacity in GB - 100  GB | $0.00 | $15.00 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.00 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
| Select - Managed Patching | Managed Patching - Select | $0.00 | $35.00 |

**Exhibit 1**



| | | | |
|---|---|---|---|
| MSSP Deployed AV (Requires Log Management) | Linux Malware Protection -   MSSP Deployed AV (Requires Log Management) | $0.00 | $0.00 |
| Backup Agent - File System | Backup Agent - File System | $0.00 | $15.00 |
| | **Total:** | **$0.00** | **$664.00** |

## 226532-72  Linux - DEVAPOLLOWEB– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Linux - DEVAPOLLOWEB | Cloud Enterprise Storage - SSD Storage - 100 GB | $0.00 | $40.00 |
| Linux - DEVAPOLLOWEB | Cloud - RAM 032 GB | $0.00 | $224.00 |
| Linux - DEVAPOLLOWEB | Linux CentOS 7 | $0.00 | $0.00 |
| Linux - DEVAPOLLOWEB | Cloud - 8 vCPU | $0.00 | $160.00 |
| Enterprise Backups | Enterprise Backup - 14 day retention - Capacity in GB - 100  GB | $0.00 | $15.00 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.00 |
| Enterprise Backups | Enterprise Backup - Local Backup | $0.00 | $0.00 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
| Select - Managed Patching | Managed Patching - Select | $0.00 | $35.00 |
| Backup Agent - File System | Backup Agent - File System | $0.00 | $15.00 |
| MSSP Deployed AV (Requires Log Management) | Linux Malware Protection -   MSSP Deployed AV (Requires Log Management) | $0.00 | $0.00 |
| | **Total:** | **$0.00** | **$504.00** |

## 226532-74  Ntirety Log Management– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Ntirety Log Management | Log Collector Agent - 1 | $0.00 | $0.00 |
| Ntirety Log Management | Internal Vulnerability Scanning - Per Node - 28 | $0.00 | $58.80 |
| Ntirety Log Management | Monitoring Agent - Pro License for Server - 2 | $0.00 | $10.50 |
| Ntirety Log Management | Managed Endpoint Protection with XDR - 27 | $0.00 | $184.27 |
| Ntirety Log Management | Log Ingestion - 300 MPS | $0.00 | $2,562.00 |
| | **Total:** | **$0.00** | **$2,815.57** |

## 226532-75  LogRhythm Virtual Appliance– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| LogRhythm Virtual Appliance | LogRhythm Virtual Appliance - 2vCPU / 4GB RAM / 70GB Storage | $0.00 | $0.00 |
| | **Total:** | **$0.00** | **$0.00** |

## 226532-76  LogRhythm Virtual Appliance - DR Site– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|

**Exhibit 1**


| | | | |
|---|---|---|---|
| LogRhythm Virtual Appliance - DR Site | LogRhythm Virtual Appliance - 2vCPU / 4GB RAM / 70GB Storage | $0.00 | $0.00 |
| | **Total:** | **$0.00** | **$0.00** |

## 226532-77  Private IP Address Management– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Private IP Address Management | Private IP Address Management - IP Addresses 8 (/29) | $0.00 | $0.00 |
| | **Total:** | **$0.00** | **$0.00** |

## 226532-78  Private IP Address Management - DR Site– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Private IP Address Management - DR Site | Private IP Address Management - IP Addresses 8 (/29) | $0.00 | $0.00 |
| | **Total:** | **$0.00** | **$0.00** |

## 226532-79  Windows Cloud Enterprise VM - ISGSQL2019– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Windows Cloud Enterprise VM - ISGSQL2019 | Cloud Enterprise Storage - Hybrid Magnetic Storage - 1,300 GB | $0.00 | $195.00 |
| Windows Cloud Enterprise VM - ISGSQL2019 | Cloud - 8 vCPU | $0.00 | $160.00 |
| Windows Cloud Enterprise VM - ISGSQL2019 | ICB - Cloud - RAM 064 GB | $0.00 | $448.00 |
| Windows Cloud Enterprise VM - ISGSQL2019 | Cloud - Windows 2019 Datacenter 64bit | $0.00 | $170.00 |
| Enterprise Backups | Enterprise Backup - 14 day retention - Capacity in GB - 1,300  GB | $0.00 | $195.00 |
| Enterprise Backups | Enterprise Backup - Local Backup | $0.00 | $0.00 |
| Symantec Endpoint | Windows Malware Protection - Symantec Endpoint | $0.00 | $5.00 |
| SQL 2019 Standard | Windows Database Server Software - SQL 2019 Standard - 4 | $0.00 | $902.00 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.00 |
| Microsoft Remote Desktop Services | Microsoft Remote Desktop Services - 1 License | $0.00 | $10.00 |
| Backup Agent - File System | Backup Agent - File System | $0.00 | $15.00 |
| Select - Managed Patching | Managed Patching - Select | $0.00 | $35.00 |
| Backup Agent - MS SQL | Backup Agent - MS SQL | $0.00 | $15.00 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
| | **Total:** | **$0.00** | **$2,165.00** |

**Exhibit 1**



### 226532-80  Windows Cloud Enterprise VM - CF18TestWeb– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Windows Cloud Enterprise VM - CF18TestWeb | Cloud - Windows 2019 Datacenter 64bit | $0.00 | $170.00 |
| Windows Cloud Enterprise VM - CF18TestWeb | Cloud - 6 vCPU | $0.00 | $120.00 |
| Windows Cloud Enterprise VM - CF18TestWeb | Cloud - RAM 016 GB | $0.00 | $112.00 |
| Windows Cloud Enterprise VM - CF18TestWeb | Cloud Enterprise Storage - Hybrid Magnetic Storage - 200 GB | $0.00 | $30.00 |
| Microsoft .NET Framework 4.5 | Microsoft .NET Framework 4.5 | $0.00 | $0.00 |
| Select - Managed Patching | Managed Patching - Select | $0.00 | $35.00 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.00 |
| Data Backup Per GB | Data Protection - Data Backup Per GB - 200 GB | $0.00 | $14.00 |
| Symantec Endpoint | Windows Malware Protection - Symantec Endpoint | $0.00 | $5.00 |
| Microsoft Remote Desktop Services | Microsoft Remote Desktop Services - 1 License | $0.00 | $10.00 |
| | **Total:** | **$0.00** | **$511.00** |

### 226532-81  Managed Endpoint Protection with XDR - MSSP– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Managed Endpoint Protection with XDR - MSSP | Managed Endpoint Protection with XDR - Per Node - 29 | $0.00 | $197.92 |
| | **Total:** | **$0.00** | **$197.92** |

### 226532-83  Windows Cloud Enterprise VM - CF18ProdWeb– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Windows Cloud Enterprise VM - CF18ProdWeb | Cloud Enterprise Storage - Hybrid Magnetic Storage - 200 GB | $0.00 | $30.00 |
| Windows Cloud Enterprise VM - CF18ProdWeb | Cloud - 6 vCPU | $0.00 | $120.00 |
| Windows Cloud Enterprise VM - CF18ProdWeb | Cloud - Windows 2019 Datacenter 64bit | $0.00 | $170.00 |
| Windows Cloud Enterprise VM - CF18ProdWeb | Cloud - RAM 016 GB | $0.00 | $112.00 |
| Enterprise Backups | Enterprise Backup - Local Backup | $0.00 | $0.00 |
| Symantec Endpoint | Windows Malware Protection - Symantec Endpoint | $0.00 | $5.00 |
| Enterprise Backups | Enterprise Backup - 14 day retention - Capacity in GB - 300  GB | $0.00 | $45.00 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.00 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
| Select - Managed Patching | Managed Patching - Select | $0.00 | $35.00 |

**Exhibit 1**


| | | | |
|---|---|---|---|
| Backup Agent - File System | Backup Agent - File System | $0.00 | $15.00 |
| Microsoft .NET Framework 4.5 | Microsoft .NET Framework 4.5 | $0.00 | $0.00 |
| Microsoft Remote Desktop Services | Microsoft Remote Desktop Services - 1 License | $0.00 | $10.00 |
| | **Total:** | **$0.00** | **$557.00** |

## 226532-84  Managed Endpoint Protection with XDR - MSSP– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Managed Endpoint Protection with XDR - MSSP | Managed Endpoint Protection with XDR - Per Node - 83 | $0.00 | $566.47 |
| | **Total:** | **$0.00** | **$566.47** |

## 226532-85  Linux Cloud Enterprise VM– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Linux Cloud Enterprise VM | Cloud - RAM 002 GB | $0.00 | $14.00 |
| Linux Cloud Enterprise VM | Cloud Enterprise Storage - Hybrid Magnetic Storage - 40 GB | $0.00 | $6.00 |
| Linux Cloud Enterprise VM | Linux CentOS 7 | $0.00 | $0.00 |
| Linux Cloud Enterprise VM | Cloud - 1 vCPU | $0.00 | $20.00 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
| Basic - Managed Patching | Managed Patching - Basic | $0.00 | $20.00 |
| | **Total:** | **$0.00** | **$60.00** |

## 226532-87  Windows Cloud Enterprise VM– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Windows Cloud Enterprise VM | Cloud Enterprise Storage - Hybrid Magnetic Storage - 80 GB | $0.00 | $12.00 |
| Windows Cloud Enterprise VM | Cloud - Windows 2019 Datacenter 64bit | $0.00 | $170.00 |
| Windows Cloud Enterprise VM | Cloud - RAM 006 GB | $0.00 | $42.00 |
| Windows Cloud Enterprise VM | Cloud - 2 vCPU | $0.00 | $40.00 |
| Backup Agent - File System | Backup Agent - File System | $0.00 | $15.00 |
| Select - Managed Patching | Managed Patching - Select | $0.00 | $35.00 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.00 |
| Enterprise Backups | Enterprise Backup - 14 day retention - Capacity in GB - 80  GB | $0.00 | $12.00 |
| Enterprise Backups | Enterprise Backup - Local Backup | $0.00 | $0.00 |
| MSSP Deployed AV (Requires Log Management) | Windows Malware Protection - MSSP Deployed AV (Requires Log Management) | $0.00 | $0.00 |

**Exhibit 1**


| | | | |
|---|---|---|---|
| Microsoft Active Directory Services | Microsoft Active Directory Services | $0.00 | $0.00 |
| | **Total:** | **$0.00** | **$341.00** |

## 226532-88  IP Address Management - 16 IPs for LOU DR Site– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| IP Address Management - 16 IPs for LOU DR Site | IP Address Management - IP Addresses 16 (/28) | $0.00 | $89.88 |
| | **Total:** | **$0.00** | **$89.88** |

## 226532-9  Windows Cloud Enterprise VM - ISGWebTest– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Windows Cloud Enterprise VM - ISGWebTest | Cloud - RAM 032 GB | $0.00 | $224.00 |
| Windows Cloud Enterprise VM - ISGWebTest | Cloud - 8 vCPU | $0.00 | $160.00 |
| Windows Cloud Enterprise VM - ISGWebTest | Cloud - Windows 2012 Datacenter 64bit | $0.00 | $170.00 |
| Windows Cloud Enterprise VM - ISGWebTest | Cloud Enterprise Storage - Hybrid Magnetic Storage - 680 GB | $0.00 | $102.00 |
| Basic - Managed Patching | Managed Patching - Basic | $0.00 | $20.00 |
| NAS Connectivity | NAS Connectivity | $0.00 | $25.00 |
| Symantec Endpoint | Windows Malware Protection - Symantec Endpoint | $0.00 | $5.00 |
| Data Backup Per GB | Data Protection - Data Backup Per GB - 680 GB | $0.00 | $47.60 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.00 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
| | **Total:** | **$0.00** | **$768.60** |

## 226532-90  Private IP Address Management– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Private IP Address Management | Private IP Address Management - IP Addresses 16 (/28) | $0.00 | $0.00 |
| | **Total:** | **$0.00** | **$0.00** |

## Solution Summary

| | Quantity | Setup Cost | Monthly Cost |
|---|---|---|---|
| Windows Cloud Enterprise VM - ISGDB | 1.0 | $0.00 | $933.00 |
| IP Address Management | 1.0 | $0.00 | $44.94 |
| Enterprise Cloud Backup | 1.0 | $0.00 | $4,410.00 |

**Exhibit 1**



| | | | |
|---|---|---|---|
| IP Address Management | 1.0 | $0.00 | $44.94 |
| Managed Firewall | 1.0 | $0.00 | $456.75 |
| IP Address Management | 1.0 | $0.00 | $44.94 |
| Managed Firewall | 1.0 | $0.00 | $456.75 |
| Private IP Address Management | 1.0 | $0.00 | $0.00 |
| Linux Cloud Enterprise VM - OpenVPN | 1.0 | $0.00 | $77.80 |
| IP Address Management | 1.0 | $0.00 | $44.94 |
| Account Bandwidth - 95th Percentile Transit | 1.0 | $0.00 | $600.00 |
| IP Address Management | 1.0 | $0.00 | $89.88 |
| Managed Firewall - DR Site | 1.0 | $0.00 | $441.00 |
| Unified Cloud - Disaster Recovery | 1.0 | $0.00 | $8,129.90 |
| Windows Cloud Enterprise VM - AD - DR Site | 1.0 | $0.00 | $294.60 |
| Windows Cloud Enterprise VM - Video Automation Server | 1.0 | $0.00 | $605.60 |
| Windows Cloud Enterprise VM - ISGSelfServiceIIS | 1.0 | $0.00 | $501.00 |
| Windows Cloud Enterprise VM - SFTP Server | 1.0 | $0.00 | $405.00 |
| Windows Cloud Enterprise VM - ISG-DC | 1.0 | $0.00 | $349.60 |
| Windows Cloud Enterprise VM | 1.0 | $0.00 | $4,401.00 |
| Windows Cloud Enterprise VM - EDIServer | 1.0 | $0.00 | $394.00 |
| IP Address Management | 1.0 | $0.00 | $44.94 |
| Windows Cloud Enterprise VM - PRODAPIGWY1 | 1.0 | $0.00 | $419.00 |
| Windows Cloud Enterprise VM - DEVAPIGWY1 | 1.0 | $0.00 | $376.00 |
| Windows Cloud Enterprise VM - TESTAPIGWY1 | 1.0 | $0.00 | $386.00 |
| Windows Cloud Enterprise VM - ADSelfService | 1.0 | $0.00 | $527.00 |
| Unified Cloud - Database Management | 1.0 | $0.00 | $1,139.25 |
| Linux - PRODAPOLLOWEB | 1.0 | $0.00 | $664.00 |
| Linux - DEVAPOLLOWEB | 1.0 | $0.00 | $504.00 |
| Ntirety Log Management | 1.0 | $0.00 | $2,815.57 |
| LogRhythm Virtual Appliance | 1.0 | $0.00 | $0.00 |
| LogRhythm Virtual Appliance - DR Site | 1.0 | $0.00 | $0.00 |
| Private IP Address Management | 1.0 | $0.00 | $0.00 |
| Private IP Address Management - DR Site | 1.0 | $0.00 | $0.00 |
| Windows Cloud Enterprise VM - ISGSQL2019 | 1.0 | $0.00 | $2,165.00 |
| Windows Cloud Enterprise VM - CF18TestWeb | 1.0 | $0.00 | $511.00 |
| Managed Endpoint Protection with XDR - MSSP | 1.0 | $0.00 | $197.92 |
| Windows Cloud Enterprise VM - CF18ProdWeb | 1.0 | $0.00 | $557.00 |
| Managed Endpoint Protection with XDR - MSSP | 1.0 | $0.00 | $566.47 |
| Linux Cloud Enterprise VM | 1.0 | $0.00 | $60.00 |
| Windows Cloud Enterprise VM | 1.0 | $0.00 | $341.00 |
| IP Address Management - 16 IPs for LOU DR Site | 1.0 | $0.00 | $89.88 |
| Windows Cloud Enterprise VM - ISGWebTest | 1.0 | $0.00 | $768.60 |
| Private IP Address Management | 1.0 | $0.00 | $0.00 |
| | | | |
| **Subtotal** | | $0.00 | $34,858.27 |
| **Discount** | | ($0.00) | ($5,959.14) |
| **Total** | | **$0.00** | **$28,899.13** |
| **Currency** | USD | | |
| **Contract Term** | 36 - Month | | |

**Exhibit 1**



## SOF Expiration

The Service Fees that are quoted in this SOF are valid until **02/09/2023**. Ntirety reserves the right to issue a new SOF if Client does not accept this SOF within such period.

---

The person signing this SOF represents and warrants that he or she is duly authorized and has legal capacity to execute and deliver this SOF on behalf of Client. By signing below, Client agrees that this SOF defines the Services purchased by Client and the Service Fees to be paid to Ntirety for such Services.

Client:  ISG Value

By:  *Robert P. Esposito*

Name:  Robert P. Esposito

Title:  Chief Information Officer

Date:  01/27/2023



# Ntirety Service Order Form

Version 5.5

Ntirety, Inc.
2901 Via Fortuna, Suite 175
Austin, TX 78746



**Exhibit 1**



| Master Services Agreement | |
|---|---|

# SERVICE ORDER FORM

This Service Order Form ("SOF"), including any attachments hereto, is part of and governed by the Master Services Agreement ("MSA") identified by its Effective Date above as agreed upon by and between Ntirety, Inc., a Delaware corporation, with its principal place of business at 2901 Via Fortuna, Suite 175, Austin, Texas 78746 ("Ntirety"), and the individual or entity named below ("Client"). If no Effective Date is entered above, then this SOF will be governed by Ntirety's current online Master Services Agreement available at https://www.ntirety.com/master-services-agreement-msa/ as of the date of Client's signature below. Ntirety and Client may be referred to individually as a "Party" and collectively as the "Parties" in this SOF. Capitalized terms used, but not otherwise defined in this SOF, will have the meanings set forth in the MSA.

| Client | |
|---|---|
| Company name | ISG Value |
| Principle Place of Business | 55 Ferncroft Rd Danvers MA 01923 US |
| Contact Person | |
| Contact Email | |

The Parties' rights and obligations with respect to the Services below are set forth in the MSA. This SOF will bind Ntirety and Client as of the SOF Start Date. Client's right to use the Services will begin on the SOF Availability Date and will continue for the SOF Initial Term in accordance with the summary table below. Ntirety will use the period between the SOF Start Date and the SOF Availability Date to set up and implement the Services based on the specifications set forth herein this SOF ("SOF Implementation Period"). During the SOF Implementation Period, Ntirety may require certain information, credentials, or approvals to be provided by Client, and if Client does not provide such information, credentials, or approvals in a timely manner, Ntirety reserves the right to modify the SOF Availability Date accordingly.

Ntirety will invoice Client for Setup Fees promptly following the execution of this SOF, and Client's payment of such Setup Fees will be due prior to the SOF Availability Date. Monthly recurring Service Fees will commence, be invoiced, and be payable as set forth in the MSA. This SOF does not include any local, state/provincial, or federal sales taxes. If applicable to Client, Client will be responsible for all such taxes associated with the purchase of the Services under this SOF in addition to the Service Fees set forth herein.

At the end of the SOF Initial Term, this SOF will automatically renew for successive Renewal Terms per the as set forth below unless terminated earlier in accordance with the termination provisions of the MSA or as otherwise set forth in this SOF.

## SOF Term Summary

| Term | Date |
|---|---|
| SOF Start Date | Upon Client signature below |
| SOF Initial Term | 12 - months |
| SOF Renewal Term | Per MSA or as set forth below |

**Exhibit 1**


## Component Summary

### 226532-13  SAN Storage– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| SAN Storage | Storage - Hybrid Magnetic Storage - 8,000 GBs | $0.00 | $1,200.00 |
| | **Total:** | **$0.00** | **$1,200.00** |

### 226532-17  Windows Cloud Enterprise VM - ISG-QB-SRV– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Windows Cloud Enterprise VM - ISG-QB-SRV | Cloud - Windows 2012 Datacenter 64bit | $0.00 | $170.00 |
| Windows Cloud Enterprise VM - ISG-QB-SRV | ICB - Cloud - RAM 064 GB | $0.00 | $448.00 |
| Windows Cloud Enterprise VM - ISG-QB-SRV | Cloud - 8 vCPU | $0.00 | $160.00 |
| Windows Cloud Enterprise VM - ISG-QB-SRV | Cloud Enterprise Storage - Hybrid Magnetic Storage - 400 GB | $0.00 | $60.00 |
| Backup Agent - File System | Backup Agent - File System | $0.00 | $15.00 |
| Select - Managed Patching | Managed Patching - Select | $0.00 | $35.00 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.00 |
| Enterprise Backups | Enterprise Backup - 14 day retention - Capacity in GB - 400  GB | $0.00 | $60.00 |
| Enterprise Backups | Enterprise Backup - Local Backup | $0.00 | $0.00 |
| Symantec Endpoint | Windows Malware Protection - Symantec Endpoint | $0.00 | $5.00 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
| | **Total:** | **$0.00** | **$968.00** |

### 226532-19  Windows Cloud Enterprise VM (Apps4)– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Windows Cloud Enterprise VM (Apps4) | ICB - Cloud - 12 vCPU | $0.00 | $180.00 |
| Windows Cloud Enterprise VM (Apps4) | Cloud Enterprise Storage - Hybrid Magnetic Storage - 1,000 GB | $0.00 | $150.00 |
| Windows Cloud Enterprise VM (Apps4) | Cloud - Windows 2012 Datacenter 64bit | $50.00 | $170.00 |
| Windows Cloud Enterprise VM (Apps4) | Cloud - RAM 048 GB | $0.00 | $336.00 |
| Basic - Managed Patching | Managed Patching - Basic | $0.00 | $20.00 |
| Data Backup Per GB | Data Protection - Data Backup Per GB - 1,000 GB | $0.00 | $70.00 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.00 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |

**Exhibit 1**



| Symantec Endpoint | Windows Malware Protection - Symantec Endpoint | $0.00 | $5.00 |
|---|---|---|---|
| | **Total:** | **$0.00** | **$946.00** |

## 226532-20  Windows Cloud Enterprise VM (Apps5)– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Windows Cloud Enterprise VM (Apps5) | Cloud - RAM 048 GB | $0.00 | $336.00 |
| Windows Cloud Enterprise VM (Apps5) | Cloud Enterprise Storage - Hybrid Magnetic Storage - 1,000 GB | $0.00 | $150.00 |
| Windows Cloud Enterprise VM (Apps5) | Cloud - Windows 2012 Datacenter 64bit | $0.00 | $170.00 |
| Windows Cloud Enterprise VM (Apps5) | Cloud - 8 vCPU | $0.00 | $160.00 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
| Customer Maintained Malware Protection | Windows Malware Protection - Customer Maintained | $0.00 | $0.00 |
| Data Backup Per GB | Data Protection - Data Backup Per GB - 1,000 GB | $0.00 | $70.00 |
| Basic - Managed Patching | Managed Patching - Basic | $0.00 | $20.00 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.00 |
| | **Total:** | **$0.00** | **$921.00** |

## 226532-25  Cloud Desktop (Power VDIs for Geico)– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Cloud Desktop (Power VDIs for Geico) | Cloud Desktop - Power - 2vCPU / 4GB RAM / 60GB Storage - 10 | $0.00 | $400.00 |
| Cloud Desktop (Power VDIs for Geico) | Cloud Desktop - Desktop Pool | $0.00 | $0.00 |
| Cloud Desktop (Power VDIs for Geico) | IP Address | $0.00 | $5.35 |
| Cloud Desktop (Power VDIs for Geico) | Cloud Desktop - Custom Gold Image and Supporting Infrastructure | $0.00 | $400.00 |
| Enterprise VSA Backup | Enterprise VSA Backup - NAS Storage - 720 GB | $0.00 | $72.00 |
| Enterprise VSA Backup | VSA Backup Agent - 12 | $0.00 | $240.00 |
| | **Total:** | **$0.00** | **$1,117.35** |

## 226532-26  SAN Storage - New Temp 8TB Drive– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| SAN Storage - New Temp 8TB Drive | Storage - Hybrid Magnetic Storage - 8,000 GBs | $0.00 | $1,200.00 |
| | **Total:** | **$0.00** | **$1,200.00** |

**Exhibit 1**



### 226532-40  Cloud Desktop -  Performance– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|-----------|------|-----------|-------------|
| Cloud Desktop - Performance | IP Address | $0.00 | $5.35 |
| Cloud Desktop - Performance | Cloud Desktop - Desktop Pool | $0.00 | $0.00 |
| Cloud Desktop - Performance | Cloud Desktop - Custom Gold Image and Supporting Infrastructure | $0.00 | $400.00 |
| Cloud Desktop - Performance | Cloud Desktop - Performance - 4vCPU / 8GB RAM / 120GB Storage - 76 | $0.00 | $4,560.00 |
| Enterprise VSA Backup | Enterprise VSA Backup - NAS Storage - 18,000 GB | $0.00 | $1,800.00 |
| Enterprise VSA Backup | VSA Backup Agent - 150 | $0.00 | $3,000.00 |
|  | **Total:** | **$0.00** | **$9,765.35** |

### 226532-45  SAN Storage– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|-----------|------|-----------|-------------|
| SAN Storage | Storage - Hybrid Magnetic Storage - 8,000 GBs | $0.00 | $1,200.00 |
|  | **Total:** | **$0.00** | **$1,200.00** |

### 226532-6  Windows Cloud Enterprise VM - Apps1 Server– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|-----------|------|-----------|-------------|
| Windows Cloud Enterprise VM - Apps1 Server | Cloud - Windows 2012 Datacenter 64bit | $0.00 | $170.00 |
| Windows Cloud Enterprise VM - Apps1 Server | Cloud - RAM 048 GB | $0.00 | $336.00 |
| Windows Cloud Enterprise VM - Apps1 Server | Cloud - 8 vCPU | $0.00 | $160.00 |
| Windows Cloud Enterprise VM - Apps1 Server | Cloud Enterprise Storage - Hybrid Magnetic Storage - 1,000 GB | $0.00 | $150.00 |
| Microsoft Remote Desktop Services | Microsoft Remote Desktop Services - 135 License | $0.00 | $1,350.00 |
| NAS Connectivity | NAS Connectivity | $0.00 | $25.00 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.00 |
| Symantec Endpoint | Windows Malware Protection - Symantec Endpoint | $0.00 | $5.00 |
| Data Backup Per GB | Data Protection - Data Backup Per GB - 1,000 GB | $0.00 | $70.00 |
| Basic - Managed Patching | Managed Patching - Basic | $0.00 | $20.00 |
|  | **Total:** | **$0.00** | **$2,301.00** |

**Exhibit 1**

**N** Ntirety®

### 226532-69  Windows Cloud Enterprise VM - ISG-QB-SRV2– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Windows Cloud Enterprise VM - ISG-QB-SRV2 | Cloud - 8 vCPU | $0.00 | $160.00 |
| Windows Cloud Enterprise VM - ISG-QB-SRV2 | ICB - Cloud - RAM 064 GB | $0.00 | $448.00 |
| Windows Cloud Enterprise VM - ISG-QB-SRV2 | Cloud - Windows 2012 Datacenter 64bit | $50.00 | $170.00 |
| Windows Cloud Enterprise VM - ISG-QB-SRV2 | Cloud Enterprise Storage - Hybrid Magnetic Storage - 1,280 GB | $0.00 | $192.00 |
| Backup Agent - File System | Backup Agent - File System | $0.00 | $15.00 |
| Select - Managed Patching | Managed Patching - Select | $0.00 | $35.00 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.00 |
| Enterprise Backups | Enterprise Backup - 14 day retention - Capacity in GB - 1,280  GB | $0.00 | $192.00 |
| Enterprise Backups | Enterprise Backup - Local Backup | $0.00 | $0.00 |
| Symantec Endpoint | Windows Malware Protection - Symantec Endpoint | $0.00 | $5.00 |
| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
| | **Total:** | **$0.00** | **$1,232.00** |

### 226532-73  Unified Cloud - Monitoring Insights– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Unified Cloud - Monitoring Insights | Unified Cloud - Monitoring Insights - Premier (2.0) Level - Minimum Service Level Spend $ - 27  Instances | $0.00 | $1,139.25 |
| | **Total:** | **$0.00** | **$1,139.25** |

### 226532-8  Windows Cloud Enterprise VM - ISGWebProd– Renewal/Upgrade

| Component | Item | Setup Cost | Monthly Cost |
|---|---|---|---|
| Windows Cloud Enterprise VM - ISGWebProd | Cloud - Windows 2012 Datacenter 64bit | $0.00 | $170.00 |
| Windows Cloud Enterprise VM - ISGWebProd | Cloud - RAM 032 GB | $0.00 | $224.00 |
| Windows Cloud Enterprise VM - ISGWebProd | Cloud - 8 vCPU | $0.00 | $160.00 |
| Windows Cloud Enterprise VM - ISGWebProd | Cloud Enterprise Storage - Hybrid Magnetic Storage - 180 GB | $0.00 | $27.00 |
| Microsoft Remote Desktop Services | Microsoft Remote Desktop Services - 1 License | $0.00 | $10.00 |
| Select - Managed Patching | Managed Patching - Select | $0.00 | $35.00 |
| Capacity Monitoring | Capacity Monitoring | $0.00 | $15.00 |
| Data Backup Per GB | Data Protection - Data Backup Per GB - 180 GB | $0.00 | $12.60 |
| Symantec Endpoint | Windows Malware Protection - Symantec Endpoint | $0.00 | $5.00 |
| NAS Connectivity | NAS Connectivity | $0.00 | $25.00 |

**Exhibit 1**



| Availability Monitoring | Availability Monitoring | $0.00 | $0.00 |
|---|---|---|---|
| | **Total:** | **$0.00** | **$683.60** |

## Solution Summary

| | Quantity | Setup Cost | Monthly Cost |
|---|---|---|---|
| SAN Storage | 1.0 | $0.00 | $1,200.00 |
| Windows Cloud Enterprise VM - ISG-QB-SRV | 1.0 | $0.00 | $968.00 |
| Windows Cloud Enterprise VM (Apps4) | 1.0 | $0.00 | $946.00 |
| Windows Cloud Enterprise VM (Apps5) | 1.0 | $0.00 | $921.00 |
| Cloud Desktop (Power VDIs for Geico) | 1.0 | $0.00 | $1,117.35 |
| SAN Storage - New Temp 8TB Drive | 1.0 | $0.00 | $1,200.00 |
| Cloud Desktop -  Performance | 1.0 | $0.00 | $9,765.35 |
| SAN Storage | 1.0 | $0.00 | $1,200.00 |
| Windows Cloud Enterprise VM - Apps1 Server | 1.0 | $0.00 | $2,301.00 |
| Windows Cloud Enterprise VM - ISG-QB-SRV2 | 1.0 | $0.00 | $1,232.00 |
| Unified Cloud - Monitoring Insights | 1.0 | $0.00 | $1,139.25 |
| Windows Cloud Enterprise VM - ISGWebProd | 1.0 | $0.00 | $683.60 |
| | | | |
| **Subtotal** | | $0.00 | $22,673.55 |
| **Discount** | | ($0.00) | ($2,153.42) |
| **Total** | | **$0.00** | **$20,520.13** |
| **Currency** | USD | | |
| **Contract Term** | 12 - Month | | |

## SOF Expiration

The Service Fees that are quoted in this SOF are valid until **02/09/2023**.  Ntirety reserves the right to issue a new SOF if Client does not accept this SOF within such period.

## Service Descriptions

## Monitoring Insights - Service Offering Matrix

The following matrix provides an overview of the features that are available at each of the service offering levels (Standard and Premier).

| NTIRETY Unified Monitoring Insights Services Offering Matrix | | |
|---|---|---|
| **Product** | **Standard** | **Premier** |
| Monitoring Platform | X | X |
| Training & Onboarding | X | X |
| Device Discovery | One-Time | On-Going |

**Exhibit 1**



| | | |
|---|:---:|:---:|
| Alerting & Notifications | X | X |
| Port/Process Monitoring Setup | | X |
| Application Monitoring Setup | | X |
| Dashboard Delivery | | X |
| Event Tuning | | X |
| Guidance & Expertise | | X |
| Quarterly Business Insights Review | | X |

**The actual service levels purchased by Client are set forth in the "Component Summary" section of this SOF. This table is for illustrative purposes only.**

## Activation Process

Ntirety will follow the activation process outlined below to initiate the managed services discussed in this Statement of Work.

**Initialization**
As part of the initialization phase, Ntirety will align internal resources, perform initial setup tasks and engage all stakeholders in preparation for coordinating a kickoff.

**Kickoff & Discovery**
Ntirety will coordinate a kickoff call with all stakeholders, whereby scope and relevant tasks, timing and owners will be identified.

Following the completion of kickoff, Ntirety will work with appropriate personnel to establish remote connectivity, and perform initial discovery to gather data and begin building a high-level awareness of the environment.

**Service Introduction, Configuration & Deployment**
During this phase, Ntirety and key stakeholders will cover service terminology, align on service expectations and complete tasks that serve as the basic building blocks for establishing a firm service foundation. Parallel to these activities, Ntirety will perform additional discovery to firm up our knowledge of the environment, configure and deploy our toolkit for monitoring and educate all appropriate technical resources to ensure they're prepared to provide support for the environment.

**Support Readiness and Closure**
As we approach the end of the activation process, Ntirety and all key stakeholders will confirm readiness to transition support for the environment to Ntirety. Once aligned and support is effectively transitioned at the agreed-upon time, Ntirety will close the activation process.

## Third Party Software

To the extent that any third party software ("Third Party Software") is included or incorporated in the Services, Client agrees that it shall only use such Third Party Software in conjunction with the Services. For any Third Party Software that is subject to the terms of a third party software license (a "Third Party License"), the terms of the applicable Third Party License will apply to the Third Party Software independent of the terms of the MSA. If Client does not agree to abide by such Third Party Licenses, Client shall not use such Third Party Software. Ntirety retains all rights that are not expressly granted in this MSA to Client.

## Managed Service Fees

Exhibit 1

**Ntirety**

Certain of the fees are directly related to Client's in-scope unified cloud infrastructure, and Ntirety shall be permitted to proportionately adjust its fees based on any additional in-scope unified cloud infrastructure not contemplated on the Effective Date.

## Identification of Additional Costs

Ntirety's Managed Services is a fixed cost operational support model based on ITIL; projects are outside of the standard Ntirety Managed Services agreement. Ntirety defines a project as:

*A **one-time, unique** job that has clearly defined starting and ending dates, a specific scope of work to be performed, a budget, and a specified level of performance to be achieved.*

When project work is identified, Ntirety will provide the Client with a separate, stand-alone statement of work outlining the work to be performed and the estimated cost of the project.

## Recalibration

Pricing is based on assumptions on the amount of effort required to manage a typical client environment. Should the level of effort required to support Client's environment consistently exceed the assumed amount of effort, Ntirety and Client will undergo a review of the price structure to better align the price structure with the resources required to support the required service levels.

---

The person signing this SOF represents and warrants that he or she is duly authorized and has legal capacity to execute and deliver this SOF on behalf of Client. By signing below, Client agrees that this SOF defines the Services purchased by Client and the Service Fees to be paid to Ntirety for such Services.

Client:  ISG Value

By:  *Robert P. Esposito*

Name:  Robert P. Esposito

Title:   Chief Information Officer

Date:   01/27/2023

Exhibit 1